**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6768**

─────────────

NATHANIEL R. WEBB,

Plaintiff - Appellant,

v.

TROOPER HUNDLEY; TROOPER CLAYTON; SERGEANT GARDNER; SERGEANT GASKINS,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:20-ct-03326-BO)

─────────────

Submitted:  October 31, 2023                    Decided:  December 28, 2023

─────────────

Before HARRIS and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Nathaniel R. Webb, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel R. Webb appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaint as barred by the statute of limitations and denying his subsequent Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Webb v. Hundley*, No. 5:20-ct-03326-BO (E.D.N.C. Feb. 2, 2023 & July 19, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*